GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Tele: (702) 362-6666
Fax: (702) 362-2203
Email: gschnitzer@kjsattorneys.com
*Attorneys for Defendant,*
*Ally Financial*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES WALSH,<br><br>      Plaintiff,<br><br>vs.<br><br>ONE WEST BANK; OCWEN LOAN SERVICING, LLC; ALLY FINANCIAL; CITIBANK N.A.; EQUIFAX INFORMATION SYSTEMS, LLC; AND EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>      Defendants. | Case No. 2:16-cv-00295-RFB-VCF<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (FIRST REQUEST)** |

Defendant Ally Financial, Inc. ("Defendant" or "Ally") and Plaintiff James Walsh ("Plaintiff" or "Walsh"), collectively referred to herein as the "Parties," hereby stipulate to the following:

1. Plaintiff filed his Complaint For Damages Pursuant To The Fair Credit Reporting Act, 15 U.S.C. § 1681, Et Seq. ("Complaint") against Defendant on or around February 13, 2016.

2. Defendant was served with the Complaint on February 19, 2016.

3. Defendant's current deadline to respond to the Complaint is March 11, 2016.

4. In order to provide Defendant with additional time to obtain necessary documents and information to analyze the merits of Plaintiff's claim and prepare and draft a responsive pleading to Plaintiff's Complaint, the Parties hereby agree to extend Defendant's deadline to file

a responsive pleading from March 11, 2016 to April 10, 2016.

5. Defendant's last day to file and serve a responsive pleading to the Complaint shall be April 10, 2016.

6. The extension is also being requested to provide the Parties with more time to discuss potential early resolution of this matter.

7. The stipulated extension will not prejudice any party, and its expected impact on judicial proceedings is not significant.

**IT IS SO STIPULATED.**

DATED this 7th day of March, 2016.

| HAINES & KRIEGER, LLC | KRAVITZ, SCHNITZER & JOHNSON, CHTD. |
|---|---|
| */s/ David H. Krieger* | */s/ Gary E. Schnitzer* |
| David H. Krieger, Esq. | Gary E. Schnitzer, Esq. |
| Nevada Bar No. 9086 | Nevada Bar No. 395 |
| 8985 S. Eastern Ave., Ste. 350 | 8985 S. Eastern Ave., Ste. |
| Las Vegas, NV  89123 | Las Vegas, NV  89123 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Ally Financial* |

**IT IS SO ORDERED.**

DATED this 8th day of March, 2016.

_____
United States Magistrate Judge