MATTHEW I. KNEPPER, ESQ.
Nevada Bar No. 12796
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada  89144
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: darren.brenner@akerman.com
Email: matthew.knepper@akerman.com

*Attorneys for Citibank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES WALSH, | Case No.: 2:16-cv-295-RFB-VCF |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO CITIBANK, N.A. TO FILE A RESPONSE TO COMPLAINT** |
| v. | |
| ONE WEST BANK, OCWEN LOAN SERVICING LLC, ALLY FINANCIAL, CITIBANK, N.A. EQUIFAX INFORMATION SYSTEMS, LLC, AND EXPERIAN INFORMATION SOLUTIONS, INC., | **(FIRST REQUEST)** |
| Defendants. | |

The parties respectfully submit the following Stipulation to allow Citibank, N.A., fourteen additional days from the date of entry of this order to file a responsive pleading to Plaintiff Gina Harvey's (**Plaintiff**) complaint, which she filed on February 13, 2016.  ECF No. 1. Pursuant to Stipulation of the parties, Citibank shall have until April 15, 2016 to file a responsive pleading.  This stipulation is in order to address current time constraints on defense counsel, and to provide additional time for the parties to explore settlement.

/ / /

{37975697;1}

This is the parties' first request for an extension.

DATED this 1st day of April, 2016.

| **HAINES & KRIEGER** | **AKERMAN LLP** |
|---|---|
| /S/ *David Krieger, Esq.*<br>DAVID H. KRIEGER, ESQ.<br>HAINES & KRIEGER, LLC<br>Nevada Bar No, 9086<br>8985 S. Eastern Avenue, Suite 130<br>Las Vegas, NV  89123<br><br>*Attorneys for Plaintiff* | /s/ *Matthew Knepper, Esq.*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>MATTHEW I. KNEPPER<br>Nevada Bar No. 12796<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Citibank, N.A.* |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

**DATED:** ___April 5, 2016_____