David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

|  |  |
|---|---|
| JAMES WALSH,<br><br>                              Plaintiff,<br><br>v.<br><br>ONE WEST BANK; OCWEN LOAN SERVICING, LLC; ALLY FINANCIAL; CITIBANK N.A.; EQUIFAX INFORMATION SYSTEMS, LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>                              Defendants. | **Case No. 2:16-cv-00295-RFB-VCF**<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITHOUT PREJUDICE AS TO <u>CITIBANK NA ONLY</u>** |

        Plaintiff JAMES WALSH and CITIBANK N.A. hereby stipulate and agree

that the above-entitled action shall be dismissed without prejudice in accordance

…

…

…

…

…

with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, CITIBANK N.A**. Each

party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:                April 25, 2016

| | |
|---|---|
| By: | By: |
| /s/David H. Krieger, Esq. | /s/Matthew Knepper, Esq. |
| David H. Krieger, Esq. | Akerman, LLP |
| Nevada Bar No. 9086 | *Attorney for Defendant CitiBank NA* |
| HAINES & KRIEGER, LLC | |
| 8985 S. Eastern Avenue | |
| Suite 350 | |
| Henderson, Nevada 89123 | |
| *Attorney for Plaintiff* | |

## **ORDER**

IT IS SO ORDERED

_____

RICHARD F. BOULWARE, II

United States District Judge

DATED:   April 27, 2016.