David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
James Walsh

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| James Walsh,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ONE WEST BANK; OCWEN LOAN SERVICING, LLC; ALLY FINANCIAL; CITIBANK N.A.; EQUIFAX INFORMATION SYSTEMS, LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　　Defendant(s). | Case No.: **2:16-cv-00295-RFB-VCF**<br><br>**NOTICE OF SETTLEMENT BETWEEN JAMES WALSH AND <u>OCWEN LOAN SERVICING, LLC</u>** |

**NOTICE IS HERBY GIVEN** that the dispute between James Walsh ("Plaintiff") and Defendant OCWEN LOAN SERVICING, LLC ("OCWEN") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against OCWEN, with

Prejudice, within 60 days. Plaintiff requests that all pending dates and filing requirements as to OCWEN be vacated and that the Court set a deadline ~~sixty (60)~~ **July 18, 2016** from present for filing a Dismissal as to OCWEN.

Dated:  May 19, 2016

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.

Attorneys for Plaintiff
*James Walsh*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 24th day of May, 2016.