David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
James Walsh

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| James Walsh,<br><br>            Plaintiff,<br><br>      vs.<br><br>ONE WEST BANK; OCWEN LOAN SERVICING, LLC; ALLY FINANCIAL; CITIBANK N.A.; EQUIFAX INFORMATION SYSTEMS, LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>            Defendant(s). | Case No.: **2:16-cv-00295-RFB-VCF**<br><br>**NOTICE OF SETTLEMENT BETWEEN JAMES WALSH AND <u>ONE WEST BANK</u>** |

  **NOTICE IS HERBY GIVEN** that the dispute between James Walsh ("Plaintiff") and Defendant One West Bank ("One West Bank") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against One West Bank, with

Page **1** of **2**

Prejudice, within 60 days. Plaintiff requests that all pending dates and filing requirements as to One West Bank be vacated and that the Court set a deadline **July 18, 2016** ~~sixty (60)~~ from present for filing a Dismissal as to One West Bank.

Dated:  May 19, 2016

        /s/ David H. Krieger, Esq.
        David H. Krieger, Esq.

        Attorneys for Plaintiff
        *James Walsh*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 24th day of May, 2016.